NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada State Bar Number 13644
JENNIFER J. OXLEY
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Jennifer.oxley@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:20-cr-00033-JAD-VCF |
| vs. | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| OBETH JOSUE ORGANIZ, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, and JENNIFER J. OXLEY, Assistant United States Attorney, counsel for the United States of America, and RENE L. VALLADARES, Federal Public Defender, and KATHERINE TANAKA, Assistant Federal Public Defender, counsel for Obeth Josue Organiz, that the Revocation Hearing currently scheduled on April 27, 2020, at 11:00 am, be vacated and continued for approximately 90 days from the date of this Stipulation.

This Stipulation is entered into in light of the ongoing health emergency associated with the COVID-19 pandemic and required for the following reasons:

1. On March 19, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-04, which noted that "the COVID-19 pandemic has continued to spread," resulting in the need for "more aggressive social-distancing measures." The Court noted further that, "[o]n March 17, 2020, the Governor of the State of Nevada ordered the closure of many business establishments and strongly encouraged all citizens to stay home." Accordingly, the Court ordered the temporary closure of the Clerk's office, and implemented other changes, including "striving to eliminate in-person court appearances." In the event any hearing must go forward, the Court will conduct the hearing via video or teleconference. The Court will vacate or amend GO 2020-04 no later than April 30, 2020.

2. Further, on March 30, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-05, which reaffirmed the findings of GO 2020-04, and authorized the use of video conferencing or telephone conferencing for all events listed in Section 15002 of the Coronavirus Aid, Relief, and Economic Securities Act ("CARES Act"). Supervised release revocation proceedings are included as a listed event under the CARES Act. The authorization was ordered to remain in effect for 90 days unless terminated earlier.

3. Accordingly, based on the public health emergency brought about by the COVID-2019 pandemic, the Chief Judge's findings in General Order 2002-04 and General Order 2002-05, and the parties' preference to avoid having to conduct the hearing via VTC, the parties agree to continue the currently scheduled Revocation Hearing for approximately 90 days.

4. This additional time requested is not sought for the purposes of delay, but to account for necessary precautions in light of the COVID-19 public health emergency. It will also provide the parties with an opportunity to reach a pre-hearing resolution to the matter.

5. The defendant is not incarcerated and will not be prejudiced by the continuance.

6. The defendant does not oppose the requested 90 day continuance of the Revocation Hearing.

7. This is the first request for a continuance in this matter.

DATED this 13th day of April, 2020.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Jennifer J. Oxley*  
JENNIFER J. OXLEY  
Assistant United States Attorney

/s/ *Katherine Tanaka*  
KATHERINE TANAKA  
Assistant Federal Public Defender

Good cause appearing, the parties' stipulation to continue the revocation hearing [15] is GRANTED. The revocation hearing currently set for April 27, 2020 is VACATED and CONTINUED to August 3, 2020, at 9:30 a.m.

Dated: April 15, 2020.

_____
Jennifer A. Dorsey, U.S. District Judge

3