# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00033-JAD-VCF |
| Plaintiff, | ORDER |
| v. | ECF No. 18 |
| OBETH JOSUE ORGANIZ, | |
| Defendant. | |

IT IS HEREBY ORDERED, based upon the stipulation between the United States and defendant's counsel, and for good cause shown, that the Petition for Revocation of Supervised Release be dismissed and the revocation hearing previously scheduled for August 4, 2020 at 2:00 pm, be vacated.

DATED this 31st day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE

3